AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

United States of America )
v. )
Willie Lee Herriott )    Case No: 4:02-cr-00030-TLW
)
) USM No: 98327-071
Date of Original Judgment: 12/23/2002 )
Date of Previous Amended Judgment: )    William F. Nettles IV
*(Use Date of Last Amended Judgment if Any)*    *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

This case does not qualify because the Chapter Four enhancements override Chapter Two.

Defendant is a career offender.

Except as otherwise provided, all provisions of the judgment dated 12/23/2002 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05/12/2015             s/ Terry L. Wooten
                                    *Judge's signature*

Effective Date: _____              Terry L. Wooten, Chief United States District Judge
*(if different from order date)*      *Printed name and title*